UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALLAS BUYERS CLUB, LLC,

      Plaintiff,

v.                                                                     CASE NO. 8:14-cv-01355-T-30MAP

ANTONIO E. RAMOS,

      Defendant.
_____/

## **ORDER**

This case involves allegations of copyright infringement. At this juncture, Defendant, who is currently proceeding *pro se*, seeks to have the Court appoint counsel to represent him (doc. 15). Generally, an indigent's right to appointed counsel is recognized only where the litigant may lose his physical liberty if he loses the litigation." *Lassiter v. Dep't of Soc. Serv*., 452 U.S. 18, 25 (1981). The appointment of counsel in civil cases is warranted only in "exceptional circumstances," and whether such circumstances exist is committed to the district court's discretion. *Steele v. Shah,* 87 F.3d 1266, 1271 (11th Cir. 1996) (affirming the denial of appointment of counsel). In considering whether exceptional circumstances exist, the Court should consider the type and complexity of the case, whether the indigent is capable of presenting his case, whether the indigent is in a position to investigate the case adequately, and whether the evidence will consist largely of conflicting testimony as to require skill in presenting the evidence and in cross-examination. *Ulmer v. Chancellor*, 691 F.2d 209, 213 (5th Cir.1982). However, the "key is whether the *pro se* litigant needs help in presenting the essential merits of his or his position to the court. Where the facts and issues are simple, he or she usually will not need such help." *Kilgo v. Ricks,* 983 F.2d 189, 193 (11th

Cir. 1993).

Plaintiff's complaint alleges that Defendant unlawfully reproduced and distributed Plaintiff's copyrighted motion picture by means of an interactive "peer-to-peer" file transfer technology protocol called BitTorrent. In response to Plaintiff's complaint, Defendant adamantly disputes that he committed any acts of copyright infringement and requests the Court dismiss Plaintiff's action. The allegations in Plaintiff's complaint do not appear to involve complex issues of fact or law, and Defendant has demonstrated his ability to adequately present the essential merits of his defense to the Court. Therefore, no such exceptional circumstances exist here. However, Plaintiff is advised that he may seek <u>limited</u> free legal advice from the Pro Bono Committee of the Tampa Bay Chapter of the Federal Bar Association who has agreed to participate in the Federal Bar Association's pro bono program. He can contact the Tampa Chapter of the Federal Bar Association at (813) 221-3900. Accordingly, it is hereby

ORDERED:

1. Defendant's motion requesting appointment of counsel (doc. 15) is DENIED.

DONE AND ORDERED at Tampa, Florida on October 30, 2014.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:   Antonio Ramos, *pro se*